M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAY 24 A 9: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARSHALL E BRANDON
_____
Full name and prison name of
Plaintiff(s)

v.

Dennis Meeks Sheriff
Preston Hughes Jailer AD,
Jeremy Lane C.O.
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:07cv466-mht
(To be supplied by Clerk of U.S. District Court)

I.    PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Covington County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Covington Co. Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                           ADDRESS
1. Dennis Meeks                   290 Hillcrest Drive
2. Preston Hughes                 Andalusia AL 36420
3. Jerimy Lane                    " "
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  May 22/07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Returning From Church I was stripped By Jerimy Lane In Booking

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

He Then Said He wanted to See my Alabama Black Snake.

GROUND TWO: 30 mins Later, I was Stripped Again By Same officer (Jerimy Lane) At THis time He ToucHed My ~~penies~~ penis And Sexually Harrased Me

SUPPORTING FACTS: He Stated He was police AND THis was police pRotacol. And once again Stated He wanted to See my Alabama Black Snake.

GROUND THREE: These things I state Happened we're witnessed By The Following...

SUPPORTING FACTS: Witnessed By
William Rhodes
John Hall
Denis Cundy
Robert Berry
Marquis Olive
Terry Woods

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I fill That My consitutional Rights Has Been violated, Im Not Gay And He Had No Right To Touch my private parts Because He's A co. I want Justis Before some one Else suffer the same fate

*Marshall E Brandon*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-22-07  .
(Date)

*Marshall Brandon*
Signature of plaintiff(s)

Marshall E Brandon
290 Hillcrest DR
Andalusia AL 36420

MONTGOMERY AL 351
23 MAY 2007 PM 3 L

United States District Court
Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery, AL 36101-0711

36101+0711