- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Rachel Eddins* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
*Rachel Eddins*

C. Date of Delivery
5-30-07

1. Article Addressed to:

   Dennis Meeks, Sheriff
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420-2590

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07cv466

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 2489

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540