IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-466-MHT |
| ) | |
| DENNIS MEEKS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In his complaint, the plaintiff names Jeremy Lane as a defendant. Service was attempted but unperfected on Jeremy Lane because he was not at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Jeremy Lane, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before July 5, 2007 the plaintiff shall furnish the clerk's office with the correct address of Jeremy Lane. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Jeremy Lane he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Jeremy Lane and this case will proceed against only the defendant on whom service has been

perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 19th day of June, 2007.


                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE