In The United States District Court For The Middle District of Alabama Northern Division

RECEIVED
2007 JUL -3 A 10:00

Marshall E. Brandon, pro-se
Plaintiff

Vs.

Dennis Meeks, et. al
Defendant

CV. Action # 2:07-CV-466-MHT

Motion For Service of Named Defendant at his Employers Address

Comes now the Plaintiff, Marshall E. Brandon, and moves this Honorable Court to issue an Order for Service of His Action upon the named Defendant Jeremy Lane at his place of Employement. The Plaintiff will show unto this Court the following:

1.) The Defendant Jeremy Lane is a Correctional Officer Employed by the Covington County Sheriffs Department, Andalusia, Alabama; and is employed by Sheriff Dennis Meeks, another named Defendant.

2.) The Defendant Jeremy Lane's place of Employment is the Covington County Jail, and service can be made at the following

address: Jeremy Lane
c/o Covington County Jail
290 Hillcrest Drive
Andalusia, Al. 36420

3.) Or in the alternative service can be made to the Covington County Sheriff's Department, the named Defendant's employer.

Wherefore for the foregoing, this Court should entertain an Order For Service upon named Defendant at his place of employment.

Respectfully Submitted
7-29-07
Marshall E. Brandon

Marshall Brandon
290 Hillcrest DR
Andalusia Ala, 36420

36101+0711



MONTGOMERY AL 361
02 JUL 2007 PM 4 L

Office of the clerk
United States District ct
P.O. Box 711
Montgomery, Ala
36101-0711