IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-466-MHT |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for service of defendant filed by the plaintiff on July 3, 2007 (Court Doc. No. 8), in which the plaintiff provides an address for service of the complaint on Jeremy Lane as required by the order entered on June 19, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to serve a copy of the complaint, the May 29, 2007 order of procedure (Court Doc. No. 4) and this order on Jeremy Lane at the Covington County Sheriff's Department c/o the Covington County Jail, 290 Hillcrest Drive, Andalusia, Alabama 36420. Accordingly, it is further

ORDERED that Jeremy Lane shall file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility.

The plaintiff is cautioned that if service is not perfected on Jeremy Lane he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Jeremy Lane and this case will only proceed against the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 5th day of July, 2007.

 /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE