IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-466-MHT-SRW |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Dennis Meeks, the Sheriff of Covington County, and Preston Hughes, Covington County Jail Administrator, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1. On May 29, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before July 9, 2007. Defendants' Answers are due on July 9, 2007.

2. Counsel for the Defendants was only recently able to meet with the Defendants and obtain the documentation, which is potentially relevant to this case.

3. Counsel for the Defendants is in need of this additional time to fully review the documentation, which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

4. The Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including August 18, 2007.

Respectfully submitted this 6th day of July, 2007.

> s/Joseph L. Hubbard, Jr.
> SCOTT GOSNELL. Bar NO. GOS002
> JOSEPH L. HUBBARD, JR. Bar NO. HUB015
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **6th** day of **July, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Marshall E. Brandon
> Covington County Jail
> 290 Hillcrest Drive
> Andalusia, Alabama 36920

> **s/Joseph L. Hubbard, Jr.**
> OF COUNSEL