IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-466-MHT |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Meeks and Hughes on July 6, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendants Meeks and Hughes be GRANTED an extension from July 9, 2007 to and including August 17, 2007 to file their special report and answer.

Done this 9th day of July, 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE