| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **Pat Sweatt** ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) **PAT SWEATT**    C. Date of Delivery **7-6-07** |
| 1. Article Addressed to:<br><br>Jeremy Lane<br>Covington County Sheriff's Dept.<br>c/o the Covington County Jail<br>290 Hill Drive<br>Andalusia, AL 36420 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07cv466    #1,4,9 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0010 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |