**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-466-MHT-SRW |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' ANSWER**

COME NOW Sheriff Dennis Meeks, Jail Administrator Preston Hughes, and Officer Jeremy Lane, the Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

**Answer**

The Defendants in this action deny each and every allegation made by the Plaintiff, Marshall Brandon, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

**Affirmative Defenses**

1. The Plaintiff has failed to comply with the mandatory requirements of the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

2. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

3. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's federal claims.

4. The Defendants in this action, in both their individual and official capacities, are entitled to absolute immunity from the Plaintiff's state law claims.

5. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

6. The Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

7. The Plaintiff fails to allege any affirmative causal link between the alleged acts of the Defendants and any alleged constitutional deprivation or the direct participation of the Defendants in any alleged constitutional violation.

8. The Defendants are not liable based upon *respondeat superior* theories of liability.

9. The Plaintiff is not entitled to an equitable remedy.

10. The Plaintiff is not entitled to punitive damages.

11. The Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 15th day of August, 2007.

                                                **s/Joseph L. Hubbard, Jr.**
                                                SCOTT GOSNELL, Bar Number: GOS002
                                                JOSEPH L. HUBBARD, JR., Bar Number HUB015
                                                Attorneys for Defendants
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama  36124
                                                Telephone:  (334) 262-1850
                                                Fax:  (334) 262-1889
                                                E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 15th day of August, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Brandon Marshall
      Covington County Jail
      290 Hillcrest Drive
      Andalusia, Alabama  36420

      **s/Joseph L. Hubbard, Jr.**
      OF COUNSEL