RECEIVED

2007 SEP 26 A 10: 12

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARshall E BRandon
        Plaintiff

            V

DENNIS MEEKS, ET. al

CIVIL Action

NO. 2:07-CV-466
        MHT

1  I've BeeN Transferd To MNT MEIGS
Ala. from covington county Jail
    290 Hill crest DR Andalusia AL. 36420

2  I Would Like The court's To Reconize
my change of Address

3  my New mailing Address Is
    Marshall Brandon #156863
    P O. Box 150
    Mount MEIgs. Al 36051

## CERTIFICATE OF SERVICE

I certify that I have this the _24_ day of _September_, 20 _07_,

served copies of this action on all other parties by placing the same in the U.S. Mail,

postage paid, and properly addressed.

_9-24-07_
Date

_Marshall Brandon_
Plaintiff/Petitioner, *pro se*

MONTGOMERY AL 361

25 SEP 2007 PM 2 L

Marshall Brandon 156863
PO Box 150
Mount MEIGS AL
36051

United States
District Courts
P.O. Box 711
MONTgomery. AL 36101
0711