IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-466-MHT |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the plaintiff on September 26, 2007 (Court Doc. No. 17), and for good cause, it is

ORDERED that the Recommendation entered on September 19, 2007 (Court Doc. No. 16) be and is hereby WITHDRAWN.

Done this 27th day of September, 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE