# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT
# MONTGOMERY, ALABAMA

RECEIVED

2007 NOV -7 A 9: 52

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To: Susan Russ Walker

From: Marshall E. Brandon # 153863, pro-se'

Re: Status of present filings in this Court concerning

## Civil Action No. 2:07-CV-466-MHT

To Whom It May Concern,

I am writing this letter to request information on the present status of the above-mentioned filing. I have no idea of exactly what I need to do next. Please send me a copy of all motions filed by both sides; most of all my legal paperwork has been lost during my recent transfer.

I am now incarcerated at J.O. Davis Correctional Facility, Fountain 4000, Atmore, Alabama 36503 – 4000.

Would you please forward the requested information as soon as possible so that I can move forward with my case.

Respectfully Requested,

*Marshall Brandon*

Marshall E. Brandon

# 153863, pro-se'

Marshall Brandon 156863
J.O. Davis Correctional Fac.
P.C. Box 4000
Atmore AL. 36503-4000

"This correspondence is forwarded from an [...] State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

7610140711 8007
Legal Mail

United States District
Court Middle District
P.O. Box 711
Montgomery AL. 36101-0711

USPS Postage $00.58 — NOV 06 2007 — MAILED FROM ZIP CODE 36502