# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARSHALL E. BRANDON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:07-cv-466-MHT-SRW |
| **DENNIS MEEKS, et al.,** | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Dennis Meeks and Preston Hughes, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.. Joseph L. Hubbard, Jr. will continue to represent said Defendants in this matter.

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 13th day of February, 2008.

    s/Scott W. Gosnell
    SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served the following by U.S. Mail:

Marshall E. Brandon
AIS #153863
J.O. Davis Correctional Facility
Fountain 4000
Atmore, Alabama  36503

                                            **s/Scott W. Gosnell**
                                            OF COUNSEL