IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL E. BRANDON,   *   CIVIL ACTION NO. 2:07-cv-MHT-SRW
PLAINTIFF,

VS.   *

DENNIS MEEKS, et al.,   *
DEFENDANTS.
   *

   *

**MOTION FOR A STATUS REPORT ON THE ABOVE CITED CASE NUMBER**

Comes now the Defendant, Marshall E. Brandon, pro se petitioner and moves this Honorable Court for a status report of the above cited case number.

WHEREFORE ALL PREMISES CONSIDERED, PETITIONER PRAYS FOR A SPEEDY STATUS REPORT.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2008, I filed the foregoing on Joseph L. Hubbard, Jr. of WEBB & ELEY, PC by placing same in the U.S. Mail properly prepaid and addressed.

MARSHALL E. BRANDON

Joseph L. Hubbard
WEBB&ELEY,P.C.
7475 Halcyon Pointe Drive (36117)
Montgomery,Al. 36124

MARSHALL E. BRANDON
AIS#156863 – 156863
FOUNTAIN 3800
ATMORE, AL. 36503



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
      NORTHERN DIVISION
~~1729 FIFTH AVENUE, NORTH~~  P.O. Box 711
~~BIRMINGHAM,~~ ALABAMA ~~35203~~
montgomery     36103



LEGAL