IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, #153863, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-466-MHT |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the motion for status filed by the plaintiff on March 24, 2008 (Court Doc. No 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case is pending before the court on his complaint, the written report and supporting evidentiary materials filed by the defendants, and his response in opposition to the defendants' report. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case.

Done this 26th day of March, 2008.

          /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE