**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARSHALL E. BRANDON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-466-MHT-SRW |
| | ) |
| **DENNIS MEEKS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                                **s/Gary L. Willford, Jr.**
                                                GARY L. WILLFORD, JR. Bar No. WIL198
                                                Attorneys for Defendants
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: gwillford@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Marshall E. Brandon
AIS #153863
J.O. Davis Correctional Facility
Fountain 4000
Atmore, Alabama  36503

                                             **s/Gary L. Willford, Jr.**
                                             OF COUNSEL