IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL E. BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-466-MHT-SRW |
| | ) |
| DENNIS MEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Dennis Meeks, Jeremy Lane and Preston Hughes, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Gary L. Willford, Jr. will continue to represent said Defendants in this matter.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 30th day of May, 2008.

                                           **s/Joseph L. Hubbard, Jr.**
                                           JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                                           WEBB & ELEY, P.C.
                                           Post Office Box 240909
                                           Montgomery, Alabama 36124
                                           Telephone: (334) 262-1850
                                           Fax: (334) 262-1889
                                           E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served the following by U.S. Mail:

Marshall E. Brandon
AIS #153863
J.O. Davis Correctional Facility
Fountain 4000
Atmore, Alabama  36503

                                        **s/Joseph L. Hubbard, Jr.**
                                        OF COUNSEL