IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL E. BRANDON, #153863,    )
                                                )
      Plaintiff,                     )
                                                )
  v.                                 )      CIVIL ACTION NO. 2:07cv466-MHT
                                                )                 (WO)
DENNIS MEEKS, et al.,             )
                                                )
      Defendants.            )

**ORDER**

On June 2, 2008 (Doc. # 30), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 30) is adopted and that:

    1.    The defendants' motion for summary judgment (Doc. # 14) is granted to the extent the defendant seeks dismissal of this case due the plaintiff's failure to properly exhaust an available administrative remedy.

2.      This case is dismissed in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an administrative remedy available to him during his confinement in the Covington County Jail.

DONE, this the 27th day of June, 2008.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE